GREGG FORD et al., Respondents, v TEDALDI AT CHANDON, INC., et al., Defendants and Third-Party Plaintiffs-Appellants. JAMESEN CONSTRUCTION Co., INC., Third-Party Defendant-Appellant.—

Ordered that the order is affirmed insofar as appealed from, with one bill of costs payable by the defendants and third-party plaintiffs and the third-party defendant appearing separately and filing separate briefs, for reasons stated by Justice Orgera at the Supreme Court. Mollen, P. J., Mangano, Eiber and Sullivan, JJ., concur.